**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFERSON PADILLA, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,<br><br>                    Plaintiff,<br><br>-against-<br><br><br>Gurney's Inn Resort & Spa LLC,<br><br>                              Defendant. | Case No. 22-cv-00498 (BMC))<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**WHEREAS**, on January 27, 2022 Plaintiff Jefferson Padilla ("Plaintiff") filed a Complaint, and on that same day filed an Amended Complaint, against Defendant Gurney's Inn Resort & Spa LLC ( "Defendant") (collectively, Plaintiff and Defendant, the "Parties") alleging violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") (the "Action"); and

**WHEREAS**, on or about April 8, 2022 the Court entered an Order staying the Action pending arbitration between the Parties and marking the Action closed for administrative purposes (the "Stay Order"); and

**WHEREAS,** in furtherance of the Stay Order, the Parties wish to have this matter closed for all purposes.

**NOW, THEREFORE**, it is hereby stipulated by and between the undersigned, attorneys for the Parties herein, that:

1. this Action is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. the parties may sign this Stipulation electronically and in counterparts, with all counterparts together constituting one and the same document.

Dated: New York, New York
May 3, 2022

| | |
|---|---|
| **LEVIN-EPSTEIN & ASSOCIATES, P.C.** | **FOX ROTHSCHILD LLP** |
| By: _/s/ Joshua Levin-Epstein_ <br> Joshua Levin-Epstein, Esq. <br> Jason Mizrahi, Esq. <br> 60 East 42nd Street, Suite 4700 <br> New York, New York 10165 <br> T: (212) 792-0046 <br> Joshua@levinepstein.com <br> Jason@levinepstein.com <br> *Attorneys for Plaintiff* | By: _/s/ Alexander W. Bogdan_ <br> Alexander W. Bogdan, Esq.. <br> 101 Park Avenue, Suite 1700 <br> New York, NY 10178 <br> T: (212) 878-7900 <br> abogdan@foxrothschild.com <br><br> *Attorneys for Defendant* |